# ORDER

On May __14__, 2025, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. United States District Court for the Southern District of New York, Case No. 1:24-cv-04363 is hereby remanded to the Supreme Court of the State of New York, County of New York.

The Clerk of Court is directed to terminate all open motions, send a copy of this Order to the Supreme Court of New York, County of New York, and close the case.

IT IS SO ORDERED.

Dated: May __15__, 2025

_____
Hon. Judge Jennifer H. Rearden

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2025
```

3